IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EMMA COX                                                                                          PLAINTIFF

V.                                                                                    CASE NO. 4:05CV218

MISSISSIPPI DEPARTMENT OF CORRECTIONS                                DEFENDANT

### ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated December 13, 2006, was on that date duly served by mail upon the *pro se* plaintiff at her last known address; that the parties were given 10 days to file any objections to the Report and Recommendation; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted. Therefore, it is

**ORDERED:**

1) The Report and Recommendation [13] of the United States Magistrate Judge dated December 13, 2006, is hereby APPROVED AND ADOPTED and that the defendant's motion [11] to dismiss is GRANTED.

This the 5th day of January, 2007.

                                         /s/ Michael P. Mills
                                         **UNITED STATES DISTRICT JUDGE**